**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

LYNN R. BELL,                      Case No. 09-57808-PJS
                                             Honorable PHILLIP J. SHEFFERLY
              Debtor.               Chapter 13

538 Onondaga
Ypsilanti, MI 48198
XXX-XX-9458
_____/

**OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**
**ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC**

       Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

       1.      The Debtor ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on June 5, 2009.

       2.      On the Petition Date the Debtor was indebted to Objector in the amount of $6,436.40 (plus interest, fees and costs) and in possession of the following: 2009 Mercury Mariner (VIN: 4M2CU87709KJ09248) (Acct. No.: 6355) (the "Vehicle").

       3.      The Vehicle listed in Paragraph 2 was leased under a Vehicle Lease Agreement (the "Lease").

       4.      The Plan cannot be confirmed for the following reason:

(a) The Plan fails to provide for surrender of the Vehicle or Relief from the Automatic Stay at Lease maturity. The Lease matures on November 27, 2010, at which time, the Debtor's interest in the Vehicle ends and the Debtor has no right to retain possession, thereafter.

(b) The Plan fails to identify the vehicle.

(c) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

       (i)      The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a)(4).

**WHEREFORE,** Ford Motor Credit Company LLC requests the Court to deny confirmation of the Plan, and to grant such other relief as may be appropriate and just.

        Respectfully submitted,

        **KILPATRICK & ASSOCIATES, P.C.**

By: /s/ Michael P. Hogan
MICHAEL P. HOGAN, ESQ. (P63074)
CRAIG B. RULE, ESQ. (P67005)
MONICA N. HUNT, ESQ. (P68838)
SUZY M. SIDOTE, ESQ. (P71810)
KIMBERLY IVES, ESQ. (P72182)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com

Dated: June 30, 2009    (248) 377-0700