UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LYNN R BELL,

      DEBTOR.

_____/

CHAPTER 13
CASE NO. 09-57808-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

  **NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

  1. As of July 29, 2009, the Trustee has not been served with a true copy of the debtor's Payment Order, nor a copy of an Electronic Transfer of Funds Payment Order, nor an Order excusing the requirement for the same, in contravention of E.D. Mi. L.B.R. 1007-1(c).

  2. Debtor's answer to Statement of Financial Affairs question 2 omits substantial income which debtor received during the years 2007 and 2008 including, but not limited to, distributions from debtor's individual retirement account in excess of $20,000.00; distributions from debtor's pension in excess of $38,000.00; income from unemployment in excess of $3,600.00; and "other income" in excess of $2,600.00. Debtor's failure to accurately disclose this information constitutes a violation of 11 U.S.C. Section 521 resulting in debtor's Plan failing to comply with 11 U.S.C. Section 1325(a)(1).

  3. Debtor's Bankruptcy Petition Cover Sheet part three is incomplete. Accordingly, debtor may not receive a discharge in this case even if debtor successfully completes all obligations required of her under this case. Further, debtor's failure to accurately disclose this information on the Bankruptcy Petition Cover Sheet constitutes a violation of 11 U.S.C. Section 521. Therefore, debtor's Plan fails to comply with 11 U.S.C. Section 1325(a)(1).

  **WHEREFORE,** the Chapter 13 Standing Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

        OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
        David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: July 29, 2009   ___/s/ Thomas D. DeCarlo_____
        DAVID WM. RUSKIN (P26803)
        LISA K. MULLEN (P55478)
        THOMAS D. DECARLO (P65330)
        1100 Travelers Tower
        26555 Evergreen Road
        Southfield, MI 48076-4251
        Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LYNN R BELL,
                 DEBTOR.
_____/

CHAPTER 13
CASE NO. 09-57808-PJS
JUDGE PHILLIP J. SHEFFERLY

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on July 29, 2009, I electronically filed the **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    DODD KEYES
    300 NORTH HURON
    YPSILANTI, MI 48197-2518

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    LYNN R BELL
    538 ONONDAGA
    YPSILANTI, MI 48198-0000

                ____/s/ Colleen Weiss_____
                Colleen Weiss
                For the Office of the Chapter 13 Standing Trustee-Detroit
                1100 Travelers Tower
                26555 Evergreen Road
                Southfield, MI 48076-4251
                (248) 352-7755