IN RE:                                                                      CHAPTER 13
LYNN R. BELL,                                    CASE NO. 09-57808 PJS
                                                                        JUDGE PHILLIP J. SHEFFERLY

Debtor,

_____/

## ORDER CONFIRMING PLAN AND
## MODIFYING THE STAY AS TO FORD MOTOR CREDIT

     The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

     Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

     IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $1,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $1,000.00 shall be paid by the Trustee as an administrative expense of this case.

     IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

     All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

     IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ▪ The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.
- ▪ The Debtor's Plan shall continue for no less than 60 months.
- ☐ The Debtor's Plan payments shall be increased to $_____ per _____ effective the _____ day of _____, _____.
- • Creditors' rights to object to the last filed Modified Plan are preserved until 25 days after proof of service of amendments.
- • Other: The assumed lease with Ford Motor Credit is a 2009 Mercury Mariner. The Automatic Stay shall be vacated upon lease termination on November 27, 2010. Ford is not required to file an amended proof of claim under LBR 4001—6.
- • Debtor shall amend her Statement of Financial Affairs to show retirement plan withdrawals within 15 days of entry of this Order.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/ David Wm. Ruskin | /s/ Craig B. Rule | /s/ Gregory L. Dodd |
| DAVID WM. RUSKIN (P26803) | CRAIG B. RULE (P67005) | GREGORY L. DODD (P43404) |
| CHAPTER 13 TRUSTEE | Atty for Ford Motor Credit | ATTORNEY FOR DEBTOR |
| 26555 Evergreen Road | 903 North Opdyke Rd., Ste. C | 300 North Huron Street |
| 1100 Travelers Towers | Auburn Hills, MI 48326 | Ypsilanti, MI 48197 |
| Southfield, MI 48076-4251 | (248) 377-0700 | 734-487-2611 |
| 248-352-7755 | | |

.

**Signed on September 05, 2009**

                                                                             **___ _/s/ Phillip J. Shefferly _ __**
                                                                             **Phillip J. Shefferly**
                                                                             **United States Bankruptcy Judge**